IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>ESTEBAN RIVEROS-MORGADO,<br><br>   Defendant. | 8:14CR116<br><br>**ORDER** |

This matter is before the Court on defense counsel's Motion to Withdraw (Filing No. 29). Upon review of the case file, the Court finds that the Motion to Withdraw should be denied.

IT IS ORDERED:

1. The Motion to Withdraw [26] is denied.

Dated this 16th day of July, 2014.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge