# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **8:14CR116** |
| Plaintiff, | |
| vs. | **ORDER** |
| **ESTEBAN RIVEROS-MORGADO,** | |
| Defendant. | |

This matter is before the Court on the Government's Motion to Dismiss, ECF No. 34. Under Federal Rule of Criminal Procedure 48(a), leave of court is granted for the filing of the dismissal of the Indictment against Estaban Riveros-Morgado.

IT IS ORDERED that the Motion to Dismiss the Indictment, ECF No. 34, is granted.

Dated this 15th day of January, 2020.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge